United States Bankruptcy Court
District of Colorado

In re:
John R Waller
        Debtor

Case No. 11-21849-MER
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: roneyp          Page 1 of 2                    Date Rcvd: Mar 06, 2015
                             Form ID: 785          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2015.
```
db                John R Waller,    PO Box 707,    Granby, CO  80446-0707
cr               +Mark W. Gerganoff,    Bayer & Carey, PC,    24276 Choke Cherry Lane,    Golden, CO 80401-9204
cr               +Ocwen Loan Servicing, LLC,    Vaden Law Firm, LLC,    2015 York Street,    Denver, CO 80205-5713
13729579         +Agape Funeral Services,    P.O. Box 3241,    Littleton CO 80161-3241
16538246          Bank of America, N.A. as successor-in-interest to,    FIA Card Services, N.A.,    P O Box 982284,
                   El Paso, TX 79998-2284
13269676          Blackwell Oil Company,    PO Box 3333,    Idaho Springs, CO  80452-3333
13269681         +Geoffrey Sohr,    2990-C West Long Dr,    Littleton, CO 80120-8136
13729580          Home Depot Credit Services,    P.O. Box 183175,    Columbus OH 43218-3175
13269683          Jason R. Wolfe, Esq.,    Annie Berndt, Esq.,    PO Box 1686,    Greeley, CO  80632-1686
13269684          John E. Waller,    PO Box 707,    Granby, CO  80446-0707
13269685          Kremmling Hospital,    PO Box 399,    Kremmling, CO  80459-0399
13729581         +Mark W. Gerganoff LLC,    24276 Chose Cherry Lane,    Golden CO 80401-9204
15454838        ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
                   (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                   Lewisville, TX 75067)
13269686          NCC Business Services Inc.,    PO Box 24739,    Jacksonville, FL  32241-4739
13269687          NCC Business Services Inc.,    9428 Baymeadows Rd Ste 200,    Jacksonville, FL  32256-7912
13269689          OPE Cutting Edge,    GEMB Lending Inc.,    PO Box 960061,    Orlando, FL  32896-0061
13269688          Ocwen Loan Servicing,    PO Box 6440,    Carol Stream, IL  60197-6440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               EDI: IRS.COM Mar 07 2015 00:38:00      IRS,    600 17th St.,    Stop 5027 DEN,    Denver, CO 80202
13269674          EDI: AMEREXPR.COM Mar 07 2015 00:38:00      American Express,    PO Box 650448,
                   Dallas, TX  75265-0448
13427937          EDI: BECKLEE.COM Mar 07 2015 00:33:00      American Express Centurion Bank,
                   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13477124         +EDI: OPHSUBSID.COM Mar 07 2015 00:33:00      BACK BOWL I LLC,    C O WEINSTEIN AND RILEY, PS,
                   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13269675          EDI: BANKAMER.COM Mar 07 2015 00:38:00      Bank Of America,    PO Box 851001,
                   Dallas, TX  75285-1001
13269677          EDI: CAPITALONE.COM Mar 07 2015 00:38:00      Capital One Bank,    PO Box 60599,
                   City of Industry, CA  91716-0599
13269678          EDI: CHASE.COM Mar 07 2015 00:38:00      Chase,    PO Box 94014,    Palatine, IL  60094-4014
13412861          EDI: CHASE.COM Mar 07 2015 00:38:00      Chase Bank USA NA,    PO BOX 15145,
                   Wilmington, DE 19850-5145
13749331          EDI: CIAC.COM Mar 07 2015 00:33:00      CitiMortgage, Inc.,    P.O. Box 140609,
                   Irving, TX  75014-0609
13269679          EDI: CIAC.COM Mar 07 2015 00:33:00      Citimortgage,    PO Box 689196,
                   Des Moines, IA  50368-9196
13269680          EDI: DISCOVER.COM Mar 07 2015 00:38:00      Discover Bank,    PO Box 29033,
                   Phoenix, AZ  85038-9033
13284209          EDI: DISCOVER.COM Mar 07 2015 00:38:00      Discover Bank,    DB Servicing Corporation,
                   PO Box 3025,    New Albany, OH  43054-3025
13954999         +EDI: ESSL.COM Mar 07 2015 00:33:00      Dish Network,    c/o Bankruptcy Dept.,
                   9601 S. Meridian Blvd.,    Englewood, CO 80112-5905
13333987          EDI: BL-BOA.COM Mar 07 2015 00:33:00      FIA Card Services aka Bank of America,
                   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13489781          EDI: RESURGENT.COM Mar 07 2015 00:38:00      GE Money Bank,    c/o B-Line, LLC,    MS 550,
                   PO Box 91121,    Seattle, WA 98111-9221
13306956          EDI: RMSC.COM Mar 07 2015 00:38:00      GE Money Bank,    c/o Recovery Management Systems Corp.,
                   25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13281931         +E-mail/Text: treas@co.grand.co.us Mar 07 2015 00:35:54      Grand County Treasurer,    PO Box 288,
                   Hot Sulphur Springs, CO 80451-0288
13269682          E-mail/Text: jebell@grandmountainbank.com Mar 07 2015 00:36:12      Grand Mountain Bank,
                   PO Box 964,    Granby, CO 80446-0964
14080501         +E-mail/Text: bknotice@crgofusa.com Mar 07 2015 00:36:17
                   InSolve Recovery, LLC, as assignee of GE Capital,    c/o Capital Recovery Group, LLC,
                   1790 E. River Road, Ste. 101,    Tucson, AZ 85718-5958
13348483         +Fax: 407-737-5634 Mar 07 2015 00:50:18      Ocwen Loan Servicing, LLC,
                   Attn: Bankruptcy Department,    1661 Worthington Rd, Ste 100,    West Plam Beach, FL 33409-6493
13585712          EDI: PRA.COM Mar 07 2015 00:33:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                   Norfolk VA  23541
13677596         +E-mail/Text: rjuarez@pfccollects.com Mar 07 2015 00:36:25      PROFESSIONAL FINANCE COMPANY,
                   P.O. BOX 1686,    GREELEY, CO 80632-1686
13269690          EDI: URSI.COM Mar 07 2015 00:38:00      United Recovery Systems,    PO Box 722929,
                   Houston, TX  77272-2929
13269691          E-mail/Text: documents@vadenlaw.com Mar 07 2015 00:36:03      Wayne Vaden, Esq.,
                   Attorney For Ocwen,    2015 York St,    Denver, CO 80205-5713
                                                                                          TOTAL: 24
```

```
District/off: 1082-1          User: roneyp            Page 2 of 2              Date Rcvd: Mar 06, 2015
                              Form ID: 785            Total Noticed: 41
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +InSolve Recovery, LLC, as assignee of GE Capital,   c/o Capital Recovery Group, LLC,
               1790 E. River Road, Ste. 101,   Tucson, AZ 85718-5958
13423476*     Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                          TOTALS: 0, * 2, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2015                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2015 at the address(es) listed below:
          Catherine A. Hildreth   on behalf of Creditor   CitiMortgage, Inc. bkcourtmail@amlawco.com
          David R. Doughty   on behalf of Creditor   Bank Of America, National Association
           bankruptcy@janewaylaw.com
          Heather  Deere   on behalf of Creditor   Nationstar Mortgage, LLC heather@medvedlaw.com
          Mark W. Gerganoff   on behalf of Creditor Mark W. Gerganoff mgerganoff@bayerlaw.com,
           mvanmeter@bayerlaw.com
          Nichlas P. Spallas   on behalf of Creditor   InSolve Recovery, LLC, as assignee of GE Capital
           bknotices@crgofusa.com
          Nicholas H. Santarelli   on behalf of Creditor   Bank Of America, National Association
           bankruptcy@janewaylaw.com
          Paul  Moss   on behalf of U.S. Trustee   US Trustee, 13 Paul.Moss@usdoj.gov
          Sally  Zeman   mail@ch13colorado.com,  szeman@ecf.epiqsystems.com
          Sara  Lewis   on behalf of Debtor John R Waller sara@5280law.com,   ecf.fastbankruptcy@gmail.com
          Trude  Kleess   on behalf of Debtor John R Waller lawoffice@sprynet.com
          US Trustee, US   USTPRegion19.DV.ECF@usdoj.gov
          Wayne E. Vaden   on behalf of Creditor   Ocwen Loan Servicing, LLC w.vaden@vadenlaw.com,
           legal@vadenlaw.com
                                                                          TOTAL: 12
```

*b18w_13ac COB Form #785* (06/10)

# United States Bankruptcy Court
## District of Colorado
### Case No. 11–21849–MER
#### Chapter 13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8years, including married, maiden, trade, and address):

John R Waller
aka(s), if any will be listed on the last page.
PO Box 707
Granby, CO 80446–0707


Social Security No.:
    xxx–xx–0753

Employer's Tax I.D. No.:


## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN


It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).


                                    BY THE COURT

Discharge Date:  3/6/15            s/ Michael E. Romero
                                    United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18W_13ac continued (08/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

### Liens that are Extinguished

Pursuant to 11 U.S.C. Section 506(d), if an Order entered in this case valuing a creditor's secured claim at $0, the lien is extinguised by operation of law upon the entry of the debtor's discharge; or upon successful completion of all plan payments and the case closing, if the debtor is not eligible for a discharge.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact**

effect of the discharge in this case.

**Aliases Page**

**<u>Debtor aka(s):</u>**

dba Alliance Logging & Tree Service, dba Discount Liquor, dba J&R LLC Construction
& Shed Company, dba Alliance Excavating And Blasting